| | |
|---|---|
| DEFENDANT: | PABLO GUTIERREZ |
| AGE or YOB: | 1983 |
| COMPLAINT FILED? | _____ Yes   __X__ No<br>If Yes, MAGISTRATE CASE NUMBER |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes   _X__ No<br>If No, a new warrant is required |
| OFFENSE(S): | Count 1: Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i)<br>Count 2: Possession with Intent to Distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)<br>Count 3: Possession with Intent to Distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii)<br>Count 4: Possession with Intent to Distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)<br>Count 5: Possession of a Firearm/Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1) |
| LOCATION OF OFFENSE: | Denver County, Colorado |
| PENALTY: | Count 1: NLT 5 years' imprisonment, NMT life, consecutive to any other sentence; $250,000 fine or both; 5 years' supervised release; $100 special assessment<br>Count 2: NMT 20 years of imprisonment; $1,000,000 fine, or both; 3 years of supervised release; $100 special assessment<br>Count 3: NLT 5 years and NMT 40 years of imprisonment; $5,000,000 fine, or both; 4 years of supervised release; $100 special assessment<br>Count 4: NMT 20 years of imprisonment; $1,000,000 fine, or both; 3 years of supervised release; $100 special assessment<br>Count 5: NMT 10 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment |
| AGENT: | Larry Bazin, Special Agent, ATF |
| AUTHORIZED BY: | Celeste Rangel<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_X_ five days or less; __ over five days

THE GOVERNMENT
_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.